**DISMISSED and Opinion Filed February 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00800-CV

## SUSAN E. HARRIMAN, Appellant

## V.

## STEVEN SOLOMON AND JULIO PALMAZ, M.D., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11994**

# MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Bridges

Before the Court is appellant's December 17, 2018 motion to dismiss the appeal. Appellant explains the parties have settled and the trial court signed an order of nonsuit with prejudice on November 27, 2018. Appellant asks the Court to take notice of the parties' settlement and order of nonsuit with prejudice, vacate the trial court's temporary injunction order of July 3, 2018, and dismiss the appeal. Appellees filed a response to appellant's motion. In their response, appellees contend the trial court's order of nonsuit renders this appeal moot. For this reason, they contend the appropriate action for this Court is to dismiss the appeal as moot.

When a trial court grants a nonsuit after signing a temporary injunction, the temporary injunction ceases to exist, and the appeal becomes moot. *See Gen. Land Office v. Oxy U.S.A., Inc.*, 789 S.W.2d 569, 571 (Tex. 1990). Accordingly, we grant appellant's motion to the extent that we dismiss the appeal as moot. *See* TEX. R. APP. P. 42.1(a)(2)(A).


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE


180800F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SUSAN E. HARRIMAN, Appellant

No. 05-18-00800-CV V.

STEVEN SOLOMON AND JULIO PALMAZ, M.D., Appellees

On Appeal from the 162nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-15-11994.
Opinion delivered by Justice Bridges.
Justices Brown and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellees Steven Solomon and Julio Palmaz, M.D., recover their costs of this appeal from appellant Susan E. Harriman.

Judgment entered February 5, 2019.